# EXHIBIT A

BOROUGH OF BERWICK

COLUMBIA COUNTY, PA

ORDINANCE NO. 2023-02

AN ORDINANCE OF THE BOROUGH OF BERWICK, COLUMBIA COUNTY, PA, ADOPTING THE 2018 EDITION OF THE INTERNATIONAL PROPERTY MAINTENANCE CODE, WITH CERTAIN AMENDMENTS SET FORTH HEREIN, REGULATING AND GOVERNING THE CONDITIONS AND MAINTENANCE OF ALL PROPERTY, BUILDINGS AND STRUCTURES; BY PROVIDING SAFE, SANITARY AND FIT FOR OCCUPATION AND USE; AND THE CONDEMNATION OF BUILDINGS AND STRUCTURES UNFIT FOR HUMAN OCCUPANCY AND USE, AND THE DEMOLITION OF SUCH EXISTING STRUCTURES IN THE BOROUGH OF BERWICK; PROVIDING FOR THE ISSUANCE OF PERMITS AND COLLECTION OF FEES THEREFOR; AND REPEALING ALL ORDINANCES OR PARTS OF LAWS IN CONFLICT THEREWITH.

**WITNESSETH:**

WHEREAS, the Borough of Berwick wishes to adopt the 2018 Edition of the International Property Maintenance Code as provided hereinafter.

NOW, THEREFORE, the Borough of Berwick, through its Council, hereby ordains as follows:

**Section 1.** That a certain document, one (1) copy of which is on file in the Office of the Codes Enforcement Officers of the Borough of Berwick, being marked and designated as the International Property Maintenance Code, 2018 Edition, as published by the International Code Council, be and is hereby adopted as the Property Maintenance Code of the Borough of Berwick, in the Commonwealth of Pennsylvania, for regulating and governing conditions and maintenance of all property, building and structures; by providing the standards for supplied utilities and facilities and other physical things and conditions essential to ensure that structures are safe, sanitary and fit for occupancy and use; and the condemnation of buildings and structures unfit for human occupancy and use, and the demolition of such existing structures as herein provided; providing for the issuance of permits and collection of fees therefor, and each and all of the regulations, provisions, penalties, conditions and terms of said Property Maintenance Code on file in the office of the Borough of Berwick are hereby referred to, adopted and made a part hereof, as if fully set out in this Ordinance, with the additions, insertions, deletions and changes, if any, prescribed in the said ordinance.

**Section 2.** General Summary and Amendments are as provided below.

The said code is set out as Exhibit "A", except that those sections as amended below supersede or amend the subsections of the said code.

**Section 101.1. Title.** These regulations shall be known as the property Maintenance Code of the Borough of Berwick, hereinafter referred to as "**this code.**"

**Section 103.5. Fees.** The fees for activities and services performed by the department in carrying out its responsibilities under this code shall be indicated by Resolution.

**Section 106.3. Prosecution of violation.** Any person failing to comply with notice of violation or order served in accordance with Section 107 shall be deemed guilty of a summary offense or civil infraction as determined by the local municipality, and the violation shall be deemed a strict liability offense. If the notice of violation is not complied with, the code official shall institute the appropriate proceeding at law or in equity to restrain, correct or abate such violation, or to require the removal or termination of the unlawful occupancy of the structure in violation of the provisions of this code or of the order or direction made pursuant thereto. Any action taken by the authority having jurisdiction on such premises shall be charged against the real estate upon which the structure is location and shall be a lien upon such real estate.

**Section 107.1. Notice to person responsible.** Except for Sections 302.4, 302.1, 302.8, 304.3, 308.1, and 308.3.2, whenever the code official determines that there has been a violation of this code or has grounds to believe that a violation has occurred, notice shall be given in the manner prescribed in sections 107.2 and 107.3 to the person responsible for the violation as specified in this code. Notices for condemnation procedures shall also comply with Section 108.3. A violation ticket may be issued, without notice of violation or warning, for Sections 302.4, 302.1, 302.8, 304.3, 308.1, and 308.3.2.

**Section 107.3. Method of service.** Such notice shall be deemed to be properly served if a copy thereof is; (1.) Delivered personally; (2.) Sent by certified and first-class mail addressed to the last known address; (3.) By posting a copy thereof in a conspicuous place in or about the structure affected by such notice; (4.) If the violation involves Section 302.4, 302.1, 302.8, 304.3, 308.1, or 308.3.2 by leaving or affixing the notice of violation or ticket to the property or structure where violation exists.

**Section 112.4. Failure to comply.** Any person who shall continue any work after having been served with a stop work order, except such work as that person is directed to perform to remove a violation or unsafe condition, shall be liable to a fine of not less than Five Hundred Dollars ($500.00) per day that the work or violations continues.

**Section 302.4 Weeds.** All premises and exterior property shall be maintained free from weeds or plant growth in excess of eight (8) inches.

**Section 302.8. Motor Vehicles.** Except as provided for in other regulations, no inoperative or unlicensed motor vehicle or a motor vehicle without current registration or a motor vehicle without a current inspection sticker or any motor vehicle without a current license shall be parked, kept or stored on any premises, and no vehicle shall at any time be in a state of major disassembly, disrepair or I the process of being stripped or dismantled. Painting of vehicles is prohibited unless conducted inside an approved spray booth.

**Section 304.14. Insect Screens.** During the period of April 1 to and including September 30, every door, window and other outside opening required for ventilation of habitable rooms, food preparation areas, food service areas or any areas where products to be included or utilized in food for human consumption are processed, manufactured, or stored shall be supplied with approved tightly fitting screens of minimum 16 mesh per in (16 mesh per 25 mm), and every screen door used for insect control shall have a self-closing device in good working condition.

**Section 308. Accumulation of rubbish and garbage.** Exterior property and premises, and the interior of every structure, shall be free from any accumulation of rubbish and garbage. Interior type furniture which would be aversely affected by the elements and/or susceptible to infestation by insects, rats, or other vermin is prohibited from being placed outside a structure. Such prohibited furniture

shall include, but is not limited to, upholstered couches and chair or other fabric-covered articles not designed or intended for exterior use.

**602.2. Residential occupancies.** Dwellings shall be provided with heating facilities capable of maintaining a room temperature of 68 degrees Fahrenheit (20 degrees Celsius) in all habitable rooms, bathrooms and toilet rooms based on the winter outdoor design for the locality indicated in Appendix D of the International Plumbing Code. Cooking appliances shall not be used, nor shall portable unvented fuel-burning space heaters be used, as a means to provide required heating. If fossil fuels are burned, the owner of every single family dwelling, two family dwelling, multi-family dwelling, hotel and motel dwelling unit and all other existing dwelling units intended for human occupancy must install and maintain a carbon monoxide detector in the unit.

**Section 602.3. Heat supply.** Every owner and operator of any building who rents, leases or lets one or more dwelling unit or sleeping unit on terms, either expressed or implied, to furnish heat to the occupants thereof shall supply heat during the period from September 15 to April 30 to maintain a minimum temperature of 68 degrees Fahrenheit (20 degrees Celsius) in all habitable rooms, bathrooms, and toilet rooms.

**Section 602.4. Occupiable work spaces.** Indoor occupiable work spaces shall be supplied with heat during the period from September 15 to April 30 to maintain a minimum temperature of 65 degrees Fahrenheit (18 degrees Celsius) during the period the spaces are occupied.

**Section 3.** All ordinances or parts of ordinances in conflict with this code herewith are hereby repealed. This Ordinance shall become effective immediately upon enactment.

**Section 4.** That if any section, subsection, sentence, clause or phrase of this Ordinance is, for any reason, held to be unconstitutional, such decision shall not affect the validity of the remaining portions of this Ordinance. The Borough of Berwick hereby declares that it would have passed this Ordinance, and such section, subsection, clause, or phrase thereof, irrespective of the fact that any one or more sections subsections, sentences, clauses, or phrases be declared unconstitutional.

**ENACTED AND ORDAINED** as an Ordinance of the Borough of Berwick, Columbia County, Pennsylvania, this 6th day of February, 2023.

ATTEST TO:                                        BOROUGH OF BERWICK

_____                         _____
BOROUGH MANAGER                                   COUNCIL PRESIDENT


I do hereby approve the above Ordinance this ____ day of _____, 2023.

BY: _____
        MAYOR