# EXHIBIT B

BOROUGH OF BERWICK
COLUMBIA COUNTY, PENNSYLVANIA

ORDINANCE NO. 2024-05

AN ORDINANCE OF THE BOROUGH OF BERWICK, COUNTY OF COLUMBIA AND COMMONWEALTH OF PENNSYLVANIA, AMENDING IN PART SECTION 108.4.1 OF THE INTERNATIONAL PROPERTY MAINTENANCE CODE OF 2018, WHICH WAS ADOPTED BY THE BOROUGH OF BERWICK AS ORDINANCE NO. 2023-02 ON OR ABOUT FEBRUARY 6, 2023.

WITNESSETH:

**WHEREAS**, Section 108.4.1 of the International Property Maintenance Code of 2018, which was adopted by the Council of the Borough of Berwick on or about February 6, 2023, provides that the code official shall remove a condemnation placard whenever the defect or defects upon which the condemnation and placarding action were based have been eliminated, and that any person who defaces or removes a condemnation placard without the approval of the code official shall be subject to penalties provided by this code; and

**WHEREAS**, the Council of the Borough of Berwick has determined that removal of a condemnation placard should only occur when it has been clearly demonstrated to the code official and/or his or her designee that the property in question is free of any defect or defects for which condemnation is permitted under the terms of the International Property Maintenance Code of 2018; and

**WHEREAS**, the Council desires to amend the aforementioned Ordinance,

**NOW THEREFORE**, be it ordained as follows:

(1) Section 108.4.1 of the International Property Maintenance Code of 2018, passed by the Council of the Borough of Berwick on or about February 6, 2023, shall be amended to provide as follows: 108.4.1 Placard removal. The *code official* shall remove the condemnation placard only when it has been satisfactorily demonstrated to the *code official* and/or his or her designee that the condemned property is free of any defect or defects for which condemnation is permitted under the terms of this code. Any person who defaces or removes a condemnation

placard without the approval of the *code official* shall be subject to the penalties provided by this code.

(2) In all other respects, the International Property Maintenance Code of 2018, that was passed by the Council of the Borough of Berwick on or about February 6, 2023, shall remain in full force and effect.

(3) This amendment shall take effect immediately.

**ORDAINED AND ENACTED** this 1st day of July, 2024.

ATTEST TO:                                              BOROUGH OF BERWICK

_____         _____
BOROUGH MANAGER                                 COUNCIL PRESIDENT


I do hereby approve the above Ordinance this 2nd day of July, 2024.

BY: _____
         MAYOR