# EXHIBIT C



SETTLED 1786
## BOROUGH OF BERWICK
CITY HALL
1800 NORTH MARKET STREET
**BERWICK, PENNSYLVANIA 186033792**
TELEPHONE: 5707522723  FAX: 5707522726

### Sent Via First Class U.S. Mail and Certified/Return Receipt Requested

October 22, 2024

708-710 MARKET STREET LLC
6101 Park Rd.
Berwick, Pa 18603

**RE: Property Located at 708 MARKET STREET & 710 MARKET STREET – Berwick, PA 18603**

Dear 708-710 Market Street LLC & Occupants,

On Tuesday, October 22, 2024, an inspection was conducted at the above referenced property and structure. The following violations were found:

The International Property Maintenance Code (IPMC) 2018, adopted by the Berwick Borough Council on February 6, 2023, as Ordinance No. 202302, establishes minimum standards for habitable spaces.

- **Section 108.1.1 – Unsafe Structures:** A structure is considered unsafe if it is dangerous to the life, health, property, or safety of the public or occupants due to inadequate safeguards against fire, unsafe equipment, structural damage, decay, dilapidation, or faulty construction that could result in partial or complete collapse.

- **Section 108.1.3 – Structure Unfit for Human Occupancy**: A structure is deemed unfit for human occupancy if it is unsafe, unlawful, or in such disrepair or lack of maintenance that it becomes unsanitary, vermin or rat-infested, contains filth and contamination, lacks essential utilities, or poses a hazard to occupants or the public.

- **Section 301.2 – Responsibility:** The property owner is responsible for maintaining the premises in a safe and sanitary condition. No one may occupy or permit occupancy of a property that fails to meet these safety and health standards.

- **Section 302.1 – Sanitation:** Exterior property and premises must be maintained in a clean, safe, and sanitary condition. Occupants are responsible for maintaining their part of the exterior property in compliance with these requirements.

- **Section 308.1 – Accumulation of Rubbish or Garbage:** Exterior property, premises, and the interior of every structure must be free from any accumulation of rubbish or garbage.

- **Section 304.7 – Roofs and Drainage:** Roofs and flashing must be sound, tight, and free of defects that admit rain. Gutters, downspouts, and roof drainage must be maintained in good repair to prevent

1

damage to the building. Water must not be discharged in a way that creates a public nuisance.

**Violations Identified:**

1. **Removal of Garbage and Rubbish:** You must remove all garbage, rubbish, and clutter from around the property. This includes tires and overflowing garbage. Both the front and rear of the property must be cleaned up.

2. **Roof Replacement:** The roof of the home must be replaced. A prior notice regarding the condition of the roof was sent on November 6, 2023.

3. **Gutter Replacement:** The gutters around the home are hanging and broken and must be replaced.

4. **Over-Occupancy:** A report has been made indicating that the residence is over-occupied, exceeding the allowed capacity. You are required to comply with the occupancy limit as outlined in Section 404: Occupancy Limitations of the 2018 IPMC.

**Deadline for Compliance:**

You are hereby given until **Friday, November 22, 2024, at 5:00 PM** to address the above-listed violations, make the required repairs and replacements, and bring the property into compliance. **Failure to comply by this deadline will result in the property being declared UNFIT FOR HUMAN HABITATION and subsequently CONDEMNED.** Any persons found on the property or within the structure after 5:00 PM on November 22, 2024, will be prosecuted to the fullest extent of the law.

An inspection by the Borough of Berwick Codes Office will be required before the condemnation is lifted. Please contact the Codes Department at 570-752-2723 to schedule an inspection.

**Additional Information:**

A copy of this notice will be provided to the **Berwick Police Department**.

If you choose to repair or replace any parts of the property, permits and inspections from the Codes Office are required. If you opt to demolish the property, a demolition permit is also required.

You have the right to appeal this decision to the **Code Appeals Board**. The appeal form is available at City Hall and must be filed within 20 days of the date this notice was served. The appeal fee is **$500.00.** Upon filing an appeal, a hearing will be scheduled within 30 days.

Any action taken by the Borough of Berwick regarding this property will be charged against the real estate and will result in a lien being placed on the property.

Sincerely,

Nicoll Oliver
Building Code Official
Borough of Berwick

CC: OCCUPANTS
708 MARKET ST
BERWICK, PA 18603

CC: OCCUPANTS
710 MARKET ST
BERWICK, PA 18603





