# EXHIBIT D

Case 4:25-cv-00597-MWB     Document 1-4     Filed 04/03/25     Page 1 of 4



SETTLED 1786
# BOROUGH OF BERWICK
CITY HALL
1800 NORTH MARKET STREET
BERWICK, PENNSYLVANIA 186033792
TELEPHONE: 5707522723   FAX: 5707522726

**Sent Via First Class U.S. Mail and Certified/Return Receipt Requested**

December 13, 2024

708-710 MARKET STREET LLC
6101 Park Rd.
Berwick, Pa 18603

**RE: Property Located at 708 MARKET STREET & 710 MARKET STREET – Berwick, PA 18603**

Dear 708-710 Market Street LLC & Occupants,

    Following our previous communication dated October 22, 2024 & a phone call with your attorney on December 13, 2024, this letter serves as an additional notice regarding the numerous violations identified at the property located at the above-referenced address. These violations are detailed below:

1. **Removal of Garbage and Rubbish:** All garbage, rubbish, and clutter must be removed from the property, including tires and overflowing garbage. Both the front and rear of the property must be cleaned and maintained in a sanitary condition as required by Section 302.1 of the International Property Maintenance Code (IPMC).
2. **Roof Replacement:** The roof of the property has been deemed unsound and must be replaced. A prior notice regarding the condition of the roof was issued on November 6, 2023 & October 22, 2024, and no sufficient action has been taken to date.
3. **Gutter Replacement:** The gutters around the property are broken and hanging. These must be repaired or replaced to ensure proper drainage and to prevent further damage to the structure, as outlined in Section 304.7 of the IPMC.
4. **Over-Occupancy:** The property has been reported to exceed the allowed occupancy limits. You are required to comply with the provisions of Section 404: Occupancy Limitations of the IPMC.

    If you disagree with the determination that the roof must be replaced, you are required to submit a written report from a **licensed structural engineer** to the Borough of Berwick Codes Department. This report must explicitly state that the roof does not require replacement and must provide supporting evidence to that effect. Failure to submit such a document will result in the continued condemnation of the property with no further action or proof of progress toward compliance.

1

Please be reminded that Ordinance 2024-05, which is attached for your reference, grants the Building Code Official the authority to conduct a complete walkthrough inspection of any condemned property to ensure compliance with all applicable building codes. This inspection will be required before any condemnation status can be lifted.

Failure to address the identified violations, provide adequate documentation, or make the required repairs will result in the property remaining condemned. No occupancy will be permitted until compliance is achieved. Any persons found on the property after this date will be prosecuted to the fullest extent of the law.

We strongly urge you to address this matter promptly to avoid further legal or financial repercussions. If you have questions or require clarification, please contact the Borough of Berwick Codes Department at 570-752-2723.

**Additional Information:**

A copy of this notice will be provided to the **Berwick Police Department**.

If you choose to repair or replace any parts of the property, permits and inspections from the Codes Office are required. If you opt to demolish the property, a demolition permit is also required.

You have the right to appeal this decision to the **Code Appeals Board**. The appeal form is available at City Hall and must be filed within 20 days of the date this notice was served. The appeal fee is **$500.00.** Upon filing an appeal, a hearing will be scheduled within 30 days.

Any action taken by the Borough of Berwick regarding this property will be charged against the real estate and will result in a lien being placed on the property.

Sincerely,

*Nicoll Oliver*

Building Code Official
Borough of Berwick


**Enclosures:**
- Ordinance 2024-05
- Previous Notice of November 6, 2023
- Previous Notice of October 22, 2024

2

CC: OCCUPANTS
708 MARKET ST
BERWICK, PA 18603

CC: OCCUPANTS
710 MARKET ST
BERWICK, PA 18603