# EXHIBIT F

Case 4:25-cv-00597-MWB     Document 1-6     Filed 04/03/25     Page 1 of 2

# PETERS CONSULTANTS, INC.
CONSULTING ENGINEERS/LAND SURVEYORS

---

December 18, 2024

Mr. Fred Berlin
6101 Park Road
Berwick, PA 18603

**RE:   LIMITED STRUCTURAL INSPECTION AND ASSESSMENT
708-710 MARKET STREET, BERWICK, PA 18603
BOROUGH OF BERWICK –COLUMBIA COUNTY**

Dear Mr. Berlin:

I inspected the roof repairs completed at 708-710 Market Street, Berwick, PA 18603 on Monday, December 16, 2024.

The repairs consist of metal roofing installed over the deteriorated section of metal standing seam upper roof on the south side of the existing dwelling.

I find the newly installed section acceptable to repair the deteriorated section of roof.

Please note that this inspection pertains only to the metal roofing.

Please contact me if you have any questions or need anything further at this time concerning this matter.

Sincerely,

*Dennis R. Peters*

Dennis R. Peters, P.E., P.L.S.
UCC Building Code Official and Inspector
Certification No. 003655



DRP/es

Cc:   Mr. Donald Karpowich, Esq. (via email)

2701 Columbia Boulevard, Bloomsburg, PA 17815
570-752-4433
www.petersconsultants.com

---
MUNICIPAL CONSULTANT • SITE PLANNING • CONSTRUCTION MANAGEMENT • SURVEYING SERVICES
HYDRAULIC/STRUCTURAL DESIGN • TESTING SERVICES • LAND SUBDIVISION • LAND DEVELOPMENT