IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **708-710 MARKET ST, LLC** | : | |
|     **Plaintiff** | : | **CIVIL ACTION - LAW** |
| | : | |
| **v.** | : | |
| | : | **JURY TRIAL DEMANDED** |
| **BOROUGH OF BERWICK and** | : | |
| **NICOLL OLIVER** | : | |
|     **Defendants** | : | **NO.: 4:25-cv-00597-MWB** |

**REQUEST FOR ENTRY OF DEFAULT**

Pursuant to Federal Rule of Civil Procedure 55(a), the Plaintiff, 708-710 Market Street, LLC, by and through its undersigned counsel, Donald G. Karpowich, Attorney-at-Law, P.C., respectfully requests that the Clerk of Court enter the default of Defendants, Borough of Berwick and Nicoll Oliver, for failure to plead or otherwise defend as required by law. In support of this request, Plaintiff states as follows:

1. Plaintiff served Defendants, Borough of Berwick and Nicoll Oliver, with the summons and complaint on April 4, 2025 in accordance with Federal Rule of Civil Procedure 4, as evidenced by the proofs of service filed with the Court on April 10, 2025 (ECF Nos. 6-7).

2. Defendants' response to the complaint was due on April 25, 2025.

3. As of the date of this request, Defendants have not filed an answer, motion or otherwise defended against Plaintiff's complaint.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter default against the Defendants for failure to respond to Plaintiff's complaint.

Respectfully submitted,

*s/ Donald G. Karpowich*
Donald G. Karpowich, Esq.
PA 78176
donald@karpowichlaw.com

*s/ Nathan C. Favreau*
Nathan C. Favreau, Esquire
PA 328240
nathan@karpowichlaw.com
85 Drasher Road
Drums, PA 18222
P:(570) 788-6647
F: (570) 788-0654