IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 708-710 MARKET ST, LLC<br>    Plaintiff | : | CIVIL ACTION - LAW |
| v. | : | JURY TRIAL DEMANDED |
| BOROUGH OF BERWICK and<br>NICOLL OLIVER<br>    Defendants | : | NO.: 4:25-cv-00597-MWB |

AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Attorney Nathan C. Favreau, declare under 28 U.S.C. § 1746(2) as follows:

1. I am the attorney for the Plaintiff in this action.
2. The summons and complaint were properly served on the Defendants, Borough of Berick and Nicoll Oliver, on April 4, 2025, as reflected in the Proofs of Service filed with the Court on April 10, 2025 (ECF Nos. 6-7).
3. Under the Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' response to the complaint was due on or before April 25, 2025.
4. As of the date of this affidavit, Defendants have not filed an answer, motion, or otherwise defended against Plaintiff's complaint.
5. As such, all Defendants are in default.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 28, 2025

*/s/ Nathan Favreau*

Nathan C. Favreau, Esquire
PA 328240
nathan@karpowichlaw.com
85 Drasher Road
Drums, PA 18222
P:(570) 788-6647
F: (570) 788-0654