IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 708-710 MARKET ST., LLC, | No. 4:25-CV-00597 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| BOROUGH OF BERWICK and NICOLL OLIVER, | |
| Defendants. | |

## ORDER

**MAY 6, 2025**

In accordance with the Waiver of Service returned by Defendants Borough of Berwick and Nicoll Oliver (Doc. 11) and Plaintiff 708-710 Market St., LLC's responsive brief (Doc. 13), **IT IS HEREBY ORDERED** that Plaintiff's Request for Entry of Default (Doc. 8) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge