# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 708-710 MARKET ST, LLC, | No. 4:25-CV-00597 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| BOROUGH OF BERWICK and NICOLL OLIVER, | |
| Defendants. | |

## ORDER

**AND** NOW, this 11th day of June 2025, in accordance with the Court's Order regarding motions to dismiss, Doc. 5, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss, Doc. 15, is **STRICKEN** for failure to provide the required certification of conference.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge