IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 708-710 MARKET STREET, LLC, | : | CIVIL ACTION-LAW |
| Plaintiff, | : | |
| | : | |
| | : | |
| | : | NO.: 4:25-cv-00597-MWB |
| v. | : | |
| | : | |
| BOROUGH OF BERWICK and | : | |
| NICOLL OLIVER, | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## **MOTION TO DISMISS**

The Defendants by their attorneys, Kepner, Kepner & Corba hereby move this Honorable Court to Dismiss the Plaintiff's request for punitive damages, and further requests the dismissal of the action against the Borough of Berwick and states the following in support thereof:

1. The Plaintiff is 718-710 MARKET STREET, LLC, a Pennsylvania limited liability company located at 718-710 Market Street, Berwick, Columbia County Pennsylvania 18603.

2. The Defendant, Borough of Berwick, is a Pennsylvania municipal corporation with principal business offices located at 1800 N Market St, Berwick, Columbia County, Pennsylvania 18603

3. Defendant Nicoll Oliver is an adult individual with a business address in

1

care of the Borough of Berwick at 1800 N Market St, Berwick, Columbia County, Pennsylvania 18603

4.  The Plaintiff instituted this action against the Defendant, Borough of Berwick, and Defendant, Nicoll Oliver, by filing a complaint on or about April 3, 2025.

5.  On or about June 23, 2025, the Plaintiff filed an Amended Complaint.

6.  The Plaintiff alleges that there is some basis for holding the Borough of Berwick liable for the actions of its Code Office without pleading the necessary elements to establish the existence of an unconstitutional policy or custom or causal nexus thereof with the Plaintiff's alleged injuries.

7.  Defendants move to dismiss Plaintiff's Complaint, against the Borough only, for failure to plausibly plead the necessary elements to establish the existence of an unconstitutional policy or custom or causal nexus thereof with Plaintiffs' alleged injuries. Monell v. New York Department of Social Services, 436 U.S. 658 (1978); City of Canton, Ohio v. Harris, 489 U.S. 378, 390 (1989); Bryan County Bd. of Comm'rs v. Brown, 520 U.S. 1283 (1997).

8.  A municipality cannot be held liable for its employees' bad acts on the basis of respondeat superior. Monell v. Dept of Social Services, 436 U.S. 650, 694-95, 98 S. Ct. 2018. 56 L. Ed. 2d 611 (1978); Panas v. City of Philadelphia, 871 F.

Supp, 2d 370, 202 U.S. Dist. LEXIS 67053, 2012 WL 1671294, AT *7 (E.D. Pa. 2012).

9. The Plaintiff refers to municipal policies but does not give adequate details of the alleged policy which violates the Plaintiff's civil rights.

10. The Plaintiff does not allege that the policy of the Borough of Berwick was implemented or followed with notice of the fact that the policy was unconstitutional.

11. The Plaintiff was provided notice by the Defendants that there were allegations of violations of the Borough's ordinance but the Defendant never challenged the Borough's actions. See attached hereto and marked hereof Exhibits "D1", "D2", and "D3".

12. The Plaintiff did not appeal the actions of the Berwick to the Code Board of Appeals.

13. The Defendants condemned the property based on an external inspection of the Plaintiff's property, which showed numerous code violations including the fact that the roof was in disrepair, there was rubbish and /or garbage around the property and that the gas which, provided heat to the property, had been turned off.

**WHEREFORE** the Defendants, Borough of Berwick and Nicoll Oliver, respectfully request that this Honorable Court grant the instant motion and dismiss

Plaintiff's Complaint against the Borough of Berwick. In further, Defendants request the dismissal of the punitive damages claim.

                                                      KEPNER, KEPNER & CORBA, P.C.

                                                      /s/Franklin E. Kepner, Jr., Esquire
Franklin E. Kepner, Jr., Esquire
Attorney for Defendants
I.D. #26156
123 West Front Street
Berwick, PA 18603
(570) 752-2766

/s/Franklin E. Kepner, III, Esquire
Franklin E. Kepner, III, Esquire
Attorney for Defendants
I.D. # 323158
123 West Front Street
Berwick, PA 18603
(570) 752-2766