

SETTLED 1786
# BOROUGH OF BERWICK
CITY HALL
1800 NORTH MARKET STREET
**BERWICK, PENNSYLVANIA 18603-3792**

TELEPHONE: 570-752-2723    FAX: 570-752-2726

**Sent Via First Class U.S. Mail and Certified/Return Receipt Requested**

11/06/2023

BERLIN FREDERICK C JR
6101 PARK ROAD
BERWICK, PA 18603

**Re: Case # 2023186 – Property located at: 708710 MARKET ST**

Dear BERLIN FREDERICK C JR,

On **11/06/2023**, an inspection was conducted at the property listed above and is in violation of the following Ordinance(s) and/ or code:

*The International Property Maintenance Code 2018 adopted by Berwick Borough Council on February 6, 2023 as Ordinance No. 2023-02 provides for the minimum standards for habitable spaces.*

*Or*

**The Borough of Berwick Code Book, adopted January 12, 1970.**

**304.7 Roofs and drainage**
The roof and flashing shall be sound, tight and not have defects that admit rain. Roof drainage shall be adequate to prevent dampness or deterioration in the walls or interior portion of the structure. Roof drains, gutters and downspouts shall be maintained in good repair and free from obstructions. Roof water shall not be discharged in a manner that creates a public nuisance.

**The following action must be taken to correct the above stated violation(s).**

Please repair ALL areas of roof where there is a present leak - see picture attached for example

**Please be advised you have Thirty (30) days to correct the violations and bring this property into compliance. I will re-inspect this property on or about 12/06/2023.**

Any person who shall violate a provision of the International Property Maintenance Code 2018 shall, upon conviction thereof, be subject to fine of not less than Three Hundred Dollars ($300.00) for each violation on each day that said violation continues after the ten (10) days. Each day that a violation continues after due notice shall be deemed a separate offense.

You have the right to appeal to the Code Appeal Board. This appeal shall be on the form available at City Hall and the appeal must be made within the time given to correct the violation. The fee for the appeal is Five Hundred Dollars ($500.00). If you appeal, we will schedule a hearing within thirty (30) days.

Any action taken by the Borough of Berwick on the above referenced property shall be charged against the real estate upon which the structure is located and shall be a lien put upon such real estate.

If you have any questions, please contact me at 570-752-2723.

Respectfully,



EXHIBIT
D1

Nicoll Oliver
Code Enforcement Officer



View 2



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage

$

Total Postage and Fees

$

Postmark
Here

Sent To   Frederick C Berlin Jr

Street and Apt. No., or PO Box No.   6101 Park Ave Rd

City, State, ZIP+4®   Beswick Pa 18603

PS Form 3800, January 2023 PSN 7530-02-000-9047        See Reverse for Instructions