

SETTLED 1786
**BOROUGH OF BERWICK**
CITY HALL
1800 NORTH MARKET STREET
**BERWICK, PENNSYLVANIA 18603-3792**
TELEPHONE: 570-752-2723   FAX: 570-752-2726

### Sent Via First Class U.S. Mail and Certified/ Return Receipt Required

December 13, 2024

708-710 MARKET STREET LLC
6101 PARK RD
BERWICK, PA 18603

**RE: Gas Shut off at 708 Market Street & 710 Market Street – Berwick, Pa 18603**

Dear 708-710 MARKET STREET LLC:

On **Friday, November 22, 2024 & Friday, December 13, 2024,** an inspection was conducted at the above referenced property and structure.

It has been observed that the gas has been shut off and the structure is being occupied without a primary heat source and hot water. **YOU HAVE TWENTY-FOUR (24) HOURS TO HAVE THE GAS TURNED ON.** Failure to have the heat on & hot water **by December 16th, 2024 after 4pm** will result in this structure being **CONDEMNED** until such time the heat & hot water is properly connected and installed to the structure or unit. **The use of space heaters is not an acceptable primary heat source.**

The International Property Maintenance Code 2018 adopted by the Berwick Borough Council on February 6th, 2023 as Ordinance 2023-02, requires that every dwelling shall be provided with a primary heat source and hot water that is properly installed, maintained and capable of providing adequate service to the structure or unit. **Section 108.1.3 states a structure is unfit for human occupancy whenever a structure lack any of the following: heating, water (including hot water) or electricity.**

The following sections in accordance with the International Property Maintenance Code 2018 states:

    **Section 602.2 Heating facilities residential occupancies-** Dwellings shall be provided with heating facilities capable of maintaining a room temperature of 68°F in all habitable rooms.

    **505.4 Water heating facilities.** Water heating facilities shall be properly installed, maintained and capable of providing an adequate amount of water to be drawn at every required sink, lavatory, bathtub, shower, and laundry facility at a temperature not less than 110°F (43°C).

1

EXHIBIT D3

Please see attached pictures taken on December 13th, 2024 of the pinned meters, that were also pinned on November 22, 2024.

Failure to vacate the structure by **December 16th, 2024 after 4pm** will result in fines of not less than One Thousand Dollars & being notified by the Borough of Berwick Police Department to vacate the premises. **Removing this notice falls under Section 108.4.1** and will result in fines up to One Thousand Dollars ($1,000.00) a day.

### A COPY OF THIS NOTICE SHALL BE GIVEN TO THE BERWICK POLICE DEPARTMENT.

You have the right to appeal to the Code Appeals Board. This appeal shall be on the form available at City Hall and the appeal shall be filed within 20 days after the day the decision, notice or order was served. The fee for the appeal is Five Hundred Dollars ($500.00). If you appeal, we will schedule a hearing within thirty (30) days.

Any action taken by the Borough of Berwick on the above referenced property shall be charged against the real estate upon which the structure is located and shall be a lien put upon such real estate.

Sincerely,

*Nicoll Oliver*

Nicoll Oliver
Building Code Official

2







Envelope from BOROUGH OF BERWICK, 1800 NORTH MARKET STREET, BERWICK, PA 18603, addressed to "Occupants, 708 Market St, Berwick". Certified Mail 9589 0710 5270 1052 9193 30. US Postage $010.48, DEC 13 2024. Postmark DEC 27 2024. Yellow USPS label: "RETURN TO SENDER / VACANT / UNABLE TO FORWARD".

**Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Mail Fee $

Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage and Fees

Sent To: 708-710 Market St LLC
Street and Apt. No., or PO Box No.: 6101 Park Rd
City, State, ZIP+4: Berwick PA 18603

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   708-710 Market St LLC
   6101 Park Rd
   Berwick, PA 18603

   9590 9402 8823 4005 4865 21

2. Article Number (Transfer from service label)

   9589 0710 5270 1052 9193 23

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☑ Agent ☐ Addressee

B. Received by (Printed Name): Fred Berlin
C. Date of Delivery: 12-18-2024

D. Is delivery address different from item 1? ☐ Yes ☑ No
   If YES, enter delivery address below:

   DEC 23 2024

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt