IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 708-710 MARKET STREET, LLC, | : | CIVIL ACTION-LAW |
| Plaintiff, | : | |
| | : | |
| | : | NO.: 4:25-CV-597-MWB |
| v. | : | |
| | : | |
| BOROUGH OF BERWICK and | : | |
| NICOLL OLIVER, | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**AFFIDAVIT OF NICOLL OLIVER**

Nicoll Oliver being duly sworn according to law to depose and say as follows:

1. I have been a Code Officer for the Borough of Berwick since April 3, 2023.

2. I made an inspection of the property owned by the Plaintiff herein.

3. I discovered numerous violations of the International Property Maintenance Code (IPMC), which were passed by the Borough Berwick on about February 6, 2023. A copy of the said ordinance is attached hereto and marked as Exhibit "D1".

4. I inspected the property located at 708-710 Market Street, Berwick, Pennsylvania on May 15, 2023. I found numerous violations of the IPMC during my inspection. I forwarded the letter designated as Exhibit "D2" to Mr. Berlin on or about May 15, 2023. Mr. Berlin was advised that he had a right to appeal the decision to the Borough of Berwick Code Appeal Board, which has the right to overrule my decisions. Mr. Berlin did not appeal the decision.

5. On or about November 6, 2023, another inspection was conducted on this property with serious violations of a damaged roof and drainage. I sent out a letter to Frederick C. Berlin Jr., on or about November 6, 2023. A copy of the notice is attached hereto and made a part hereof and marked as Exhibit "D3". I advised Mr. Berlin that he had the right to appeal to the Code Appeal Board, which could affirm or overrule my decision. Mr. Berlin did not file an appeal to the Code Appeal Board.

6. Under the terms and conditions of the letter, dated November 6, 2023, Mr. Berlin, as the owner of the property at the time, had thirty (30) days to correct the violations and bring the property into compliance. As indicated in the notice I informed Mr. Berlin that I would reinspect the property on or about December 6, 2023.

7. Mr. Berlin transferred ownership to the property to the Plaintiff in this action on or about April 29, 2024, but kept the place of business of the LLC at his residence located at 6106 Park Road, Berwick, PA. A copy of the Deed is attached hereto and made a part hereof and marked as Exhibit "D4".

8. On or about October 22, 2024, I inspected the property located at 708-710 Market Street, Berwick, Pennsylvania and violations of the International Property Maintenance Code were uncovered. I advised 708-710 Market Street, LLC in the letter dated October 22, 2024 that Plaintiff had until November 22, 2024 to address certain violations set out in my notice.

9. The letter dated October 22, 2024 clearly noted that if the violations were not taken care of and in compliance, the property would be condemned as the violations make the property unfit for human habitation.

10. In the letter dated October 22, 2024, I advised 708-710 Market Street, LLC that the Plaintiff had a right to appeal my decision to the Code Appeals Board within twenty (20) days of the date of service of the notice. No appeal was filed. A copy of the notice is attached hereto and made a part hereof and marked as Exhibit "D5".

11. On or about December 13, 2024, I inspected the property again and determined that there was no proper heat in the building. I advised 708-710 Market Street, LLC, that heat must be restored within twenty-four (24) hours. I advise 708-710 Market Street, LLC, in the letter dated that December 13, 2024 that the Plaintiff had twenty (20) days to file an appeal. An appeal was not filed. A copy of the notice of December 13, 2024 is attached hereto as Exhibit "D6".

12. On December 13, 2024, I forwarded an additional notice of previous violations concerning 708-710 Market Street, LLC. A copy of the notice is attached

hereto and made a part hereof and marked at Exhibit "D7". Again, I advised of the right to appeal the decision to the Code Appeals Board. No appeal was undertaken.

*[signature]*
Nicoll Oliver

Sworn to and subscribed before me
this 6th day of August, 2025

*[signature]*
Public Notary

> Commonwealth of Pennsylvania - Notary Seal
> Valerie K. Densberger, Notary Public
> Columbia County
> My commission expires October 21, 2027
> Commission number 1044629