# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 708-710 MARKET ST, LLC, | No. 4:25-CV-00597 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| BOROUGH OF BERWICK and NICOLL OLIVER, | |
| Defendants. | |

## ORDER

### DECEMBER 30, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, Doc. 21, is **GRANTED** without prejudice. Plaintiff may file, if it is able to do so as governed by the guidance provided in the Memorandum Opinion, an amended complaint within fourteen (14) days from the date of this Order. If no amended complaint is filed, the claims against the Borough of Berwick will be dismissed with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge